UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH ALEXANDER,
    Petitioner,

vs.                                           Case No.:  3:21cv920/MCR/EMT

M.V. JOSEPH,
    Respondent.
_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on January 31, 2022 (ECF No. 20). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation (ECF No. 20) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (ECF No. 17) is **GRANTED** on the ground that Petitioner failed to exhaust administrative remedies prior to filing his habeas petition.

3. The petition for writ of habeas corpus (ECF No. 1) is **DISMISSED without prejudice** for failure to exhaust administrative remedies.

4. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 22nd day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**