UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH ALEXANDER,
     Petitioner,

vs.                                    Case No.:  3:21cv920/MCR/EMT

M.V. JOSEPH,
     Respondent.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on January 31, 2022 (ECF No. 20).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation (ECF No. 20) is adopted and incorporated by reference in this order.

2.      Respondent's motion to dismiss (ECF No. 17) is **GRANTED** on the ground that Petitioner failed to exhaust administrative remedies prior to filing his habeas petition.

3.      The petition for writ of habeas corpus (ECF No. 1) is **DISMISSED without prejudice** for failure to exhaust administrative remedies.

4.      The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 19th day of July 2022.

_M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**